UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:12-cr-2 |
| v. ) | |
| ) | MATTICE / LEE |
| CASSANDRA GEIST ) | |

**O R D E R**

    Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 19]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 19] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)    Defendant's motion to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

    (2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

    (3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

    (4)    Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, September 10, 2012 at 2:00 p.m. [EASTERN]**

before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                                      */s/Harry S. Mattice, Jr.*
                                                     HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE

2

Case 4:12-cr-00002-HSM-SKL   Document 20   Filed 06/19/12   Page 2 of 2   PageID #: 34